IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARMANDO TORRES, JR.<br>　　　Plaintiff<br>VS.<br><br>WAL-MART STORES TEXAS, LLC,<br>COMPASS HEALTH BRANDS<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 4:19-DCV-02008 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), on behalf of Plaintiff Armando Torres, Jr., deceased, Mary A. Torres, Sadie M. Torres, Helen A. Perez, and Lisa R. Torres submit this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of action asserted by Plaintiff against Defendants Walmart Stores Texas, LLC, Compass Healthcare Corp., and Com-Da Healthcare Co. Ltd., with the parties to bear their own costs.  Defendants consent to this Motion.

WHEREFORE, Plaintiffs pray that all claims asserted in this lawsuit against Defendants Walmart Stores Texas, LLC, Compass Healthcare Corp., and Com-Da Healthcare Co. Ltd. be dismissed with prejudice and that each party bear its own costs.

Respectfully submitted,

_____
S. Reed Morgan, Esq.
Texas State Bar No: 14452300
Email:  rmorgan@carlsonattorneys.com
The Carlson Law Firm, P.C.
100 East Central Texas Expressway
Killeen, Texas  76541
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Defendants on August 7, 2020. Defendants consent to this Motion and the Proposed Order.

_____
S. Reed Morgan, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via facsimile, electronic means, and/or U.S. Mail, postage prepaid and properly addressed August 7, 2020.

_____
S. Reed Morgan, Esq.